Roberta KISTNER, widow of
Samuel J. Crabtree, et al.

v.

BETHLEHEM STEEL CORPORATION.

No. 52350.

May 1, 1972.

that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

260 So.2d 700

Mrs. Josephine LISONBEE et al.

v.

CHICAGO MILL AND LUMBER COMPANY.

No. 52385.

May 1, 1972.

that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

260 So.2d 700

Thomas SMOLINSKI, Sr., Individually and as Administrator of the Estate of his Minor Son, Thomas Smolinski, Jr.

v.

Saverio TAULLI.

No. 52386.

May 1, 1972.

that the Court of Appeal send up

the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.